[No. 55257-1-I.   Division One.   July 5, 2005.]

ALLAN MCCORD ET AL., *Appellants*, v. VERNON SMITH ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-07961-8, Brian D. Gain, J., entered Octo-
ber 28, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54295-8-I.   Division One.   July 5, 2005.]

*In the Matter of the Marriage of* RUSLAN N. FIL,
*Respondent,* and LISA L. FIL, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-3-02923-1, Larry E. McKeeman, J.,
entered April 19, 2004. *Affirmed in part* and *remanded* by
unpublished per curiam opinion.

[No. 30984-0-II.   Division Two.   July 7, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL GLEN
DOUGLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 01-1-00841-7, Richard L. Brosey, J., entered
October 10, 2003. *Reversed* by unpublished opinion per
Hunt, J., concurred in by Armstrong and Van Deren, JJ.
Now published at 128 Wn. App. 555.

[No. 31651-0-II.   Division Two.   July 7, 2005.]

*In the Matter of the Marriage of* RITA LEE HART, *Appellant,*
STEVENS CHARLES HART, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 99-3-01061-8, Leonard W. Costello, J., entered
April 14, 2004. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater and Van Deren, JJ.